1  THOMAS BREEN KIDWELL, ESQ. (SBN: 66413)
   2166 The Alameda
2  San Jose, CA 95126-1144
   T/P:  (408) 243-2166
3  FAX:  (408) 243-1841

4  Attorney for Defendant DAVID SIMCHO

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,   )
                               )    CR-06-0542-MHP(JCS)
11             Plaintiff,      )
                               )    STIPULATION TO RESET HEARING
12       vs.                   )    DATE FOR POSTING OF BOND
                               )    AND ORDER
13 DAVID SIMCHO,               )
                               )
14             Defendant.      )
   _____)

15

16       IT IS STIPULATED between THOMAS BREEN KIDWELL, Attorney for DAVID

SIMCHO and JAY R. WEILL, Assistant United States Attorney, that the date for posting the

bond in the above entitled matter, now set for 9:30 am on August 30, 2006, before Magistrate

Judge JOSEPH C. SPERO, may be continued to 9:00 am on September 18, 2006 before

Magistrate JUDGE JOSEPH C. SPERO.

Dated  August 29, 2006                    /s/ Thomas B. Kidwell
                                          THOMAS BREEN KIDWELL
                                          Attorney for DAVID SIMCHO


                                          /s/ Jay R. Weill
                                          JAY R. WEILL
                                          Assistant United States Attorney

                         ORDER

     PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

ORDERED.

Dated: 8/30/6
                                          _____
                                          JOSEPH C. SPERO
                                          U.S. Magistrate Judge