UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.-06-0542-MHP (JCS) |
| Plaintiff, | ) | |
| vs. | ) | |
| DAVID SIMCHO, | ) | SPEEDY TRIAL ACT ORDER |
| Defendant. | ) | |

This matter came on for defendant's arraignment on August 28, 2006. The matter is continued to September 18, 2006 at 10:00 a.m. for an initial appearance before Judge Patel. The government and defendant and his counsel (Thomas Kidwell) have agreed that the period from August 28, 2006 to September 18, 2006 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv). The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: __8/30/06____

JOSEPH
U.S. Magistrate Judge

Judge Joseph C. Spero

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**STIPULATION TO RESET HEARING DATE FOR POSTING OF BOND AND ORDER and SPEEDY TRIAL ACT ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Thomas Breen Kidwell
2021 The Alameda, Suite 110
San Jose, CA 95126-1144

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **August 29, 2006** at San Francisco, California.

/s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**