1  KEVIN V. RYAN (California State Bar No. 118321)
   United States Attorney
2  JAY R. WEILL (California State Bar No. 75434)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
5   Telephone:   (415) 436-7000
    Fax          (415) 436-6748
6
   Attorneys for the United States of America
7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO  DIVISION
10
   UNITED STATES OF AMERICA,      )
11                                 )    CR-06-0542-MHP
                   Plaintiff,      )
12                                 )    STIPULATION AND ORDER
           vs.                     )
13                                 )
   DAVID SIMCHO,                   )
14                                 )
                   Defendant.      )
15 _____)

16         On August 28, 2006 at the defendant's arraignment the Court ordered the defendant

17 released upon a $100,000 bond, with Zig Zag Bail Bonds acting as surety.  Subsequent to that

18 hearing, the government agreed that the $100,000 bond could be satisfied in the form of a Deed

19 of Trust on real property owned by the defendant and his wife in Houston, Texas.  A Deed of

20 Trust was recorded in Tarrant County, Texas on October 11, 2006 and delivered to the Clerk of

21 the Court.  The parties agree that the Order Setting Conditions of Release and Appearance Bond

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

shall be amended to provide that the $100,000 bond shall be satisfied by a Deed of Trust being

recorded on real property owned by the defendant, rather than Zig Zag Bail Bonds acting as

surety.

**Agreed:**

Dated: November 30, 2006            /s/ Jay R. Weill
                                    JAY R. WEILL
                                    Assistant United States Attorney
                                    Tax Divisioin

Dated: November 30, 2006            /s/ Thomas Breen Kidwell
                                    THOMAS BREEN KIDWELL
                                    Attorney for DAVID SIMCHO

**So Ordered:**

Dated: 12/01/06

JOSE
United

Judge Joseph C. Spero