RECEIVED
06 DEC -1 PM 3:53

**FILED**
DEC 29 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

UNITED STATES OF AMERICA

CASE NO. CR-06-0542 MHP

Plaintiff(s),

v.

DAVID SIMCHO

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joe Alfred Izen, Jr. , an active member in good standing of the bar of the Southern District of Texas whose business address and telephone number (particular court to which applicant is admitted) is

5222 Spruce Street
Bellaire, Texas 77401
713-668-8815

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing David Simcho, Defendant

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/27/06

_____
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

DAVID SIMCHO et al,

        Defendant.
_____/

Case Number: CR06-00542 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 29, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Breen Kidwell
2021 The Alameda, Suite 110
San Jose, CA 95126

Joe Alfred Izen
5222 Spruce Street
Bellaire, Texas 77401

Dated: December 29, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk