SCOTT SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>DAVID SIMCHO,<br><br>       Defendant. | No. CR.-06-0542-MHP<br><br>[PROPOSED]<br>SPEEDY TRIAL ACT ORDER |

     This matter came on for a status conference on October 22, 2007. The matter has been continued to December 3, 2007 at 10:00 a.m. for further status and trial setting. The government and defendant's counsel have agreed that the period from October 22, 2007, to December 3, 2007 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv).

     The parties agree that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests

//

//

1  of the public and the defendant in a speedy trial and allows new counsel a reasonable time
2  necessary for effective preparation of the defenses.
3
4       IT IS SO ORDERED.
5
6  Dated:  __10/24/2007__
7
8
                            IT IS SO ORDERED

                            Judge Marilyn H. Patel

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

28  US v. Simcho, [Proposed] Speedy
    Trial Act Order,
    Case No. CR.-06-0542-MHP