BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SIMCHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-542 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| DAVID SIMCHO, | Date:  May 5, 2008 |
| Defendant. | Time:  10:00 a.m. |
| | Court: The Honorable Marilyn Hall Patel |

The parties hereby stipulate and agree as follows:

1. This matter is set for a status conference/motion hearing date on May 5, 2008 at 10:00 a.m.;

2. No motions were filed by either party;

3. The parties are actively working on a pretrial disposition. The parties now believe this matter will be resolved prior to trial;

4. Given the recent developments in the case, in the parties' view, the May 5, 2008 status conference is unnecessary;

5. The parties thus jointly request that the status conference/motion hearing be

\\

1 | vacated, and that the case be set for change of plea on June 2, 2008 at 10:00 a.m.

2 | IT IS SO STIPULATED.

Dated: April 22, 2008

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for David Simcho

Dated: April 22, 2008

_____/S/_____
CYNTHIA STIER
ASSISTANT UNITED STATES ATTORNEY

**[PROPOSED] ORDER**

For the reasons set forth above, the status conference in the aforementioned matter is hereby CONTINUED from May 5, 2008 to June 2, 2008 at 10:00 a.m. for change-of-plea.

**IT IS SO ORDERED**.

DATED: __4/23/2008_____

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*

06-0542 MHP; Stipulation to Continue Status Conference          2